```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| EDWARD C. DUPONT,<br><br>       Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY CORRECTIONAL FACILITY,<br><br>       Defendant. | Civil Action<br>No. 16-6208 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Edward Dupont seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    One, incomplete IFP application is attached to the complaint, *id*; however, the complaint itself names other persons as potential plaintiffs: Tyrone Dupont, Coretta Clifford, and Ida Tricochi. Complaint at 2, 5. The allegations of the complaint only reference Edward Dupont's confinement. It is therefore unclear whether the complaint is intended to be brought solely on Edward Dupont's behalf or on behalf of all of the named parties. In either case, the complaint must be administratively terminated at this time.

    If the complaint is intended to be filed on behalf of all the named parties, each Plaintiff must file a complete IFP application with the Court. *See Hagan v. Rogers*, 570 F.3d 146,

155-56 (3d Cir. 2009); *El Ameen Bey v. Stumpf*, 825 F. Supp. 2d 537, 551 (D.N.J. 2011). If the complaint is intended to be filed only on behalf of Edward Dupont, he must complete a new IFP application as the submitted application has several blank pages. Plaintiffs may submit a complete IFP application within 30 days, at which time the matter will be reopened for consideration. If Edward Dupont intends to pursue this complaint on his own, he should so indicate in his writing to the Court.

An appropriate order follows.

**October 20, 2016**          **s/ Jerome B. Simandle**
Date          JEROME B. SIMANDLE
        Chief U.S. District Judge